73,136-03

WRIT OF MANDAMUS

IN RE: BILLY DON MASK

DESIGNATION OF PARTIES: 59TH DISTRICT COURT JUDGE, OF THE DISTRICT COURT OF GRAYSON COUNTY, TEXAS. RESPONDENT

BILLY DON MASK: RELATOR

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 13 2015
Abel Acosta, Clerk

# TABLE OF CONTENTS

DESIGNATION OF PARTIES ii

TABLE OF CONTENTS ii

INDEX OF AUTHORITIES 1

STATEMENT OF CASE 2

STATEMENT OF JURISDICTION 2

ISSUES PRESENTED 2

(1) THE TRIAL COURT FAILED TO COMPLY WITH THE TIME LIMITATIONS ENUNCIATED IN ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE. ANN ART 11.07 §3 (d)(WEST 2014). IN ADDITION FAILED TO COMPLY WITH THE PROCEDURE OF DESIGNATING ISSUES, FINDING OF FACTS AND CONCLUSIONS OF LAW", AND THE TRANSMISSION OF THE WRIT TO THE COURT OF CRIMINAL APPEALS.

STATEMENT OF FACTS 3

PRAYER 3

CERTIFICATE OF SERVICE 4

APPENDIX

# INDEX OF AUTHORITIES

## CASES

EX. PARTE JOHNSON, 561 S.W.2D 841 AT 8-12 (TEX. CRIM. APP 1978) 3

PADIEU V COURT OF APPEALS 5Th DIST, 392 S.W.3D 115, 117-18 (TEX. CRIM APP 2013). 2

V.A.C.C.P. 11.07 §1,5 AND 3.D 2,3

PEN CODE (TEXAS). 22.021 (a)(2)(B) AND 21.11(a)(i) 1

## STATEMENT OF THE CASE

APPELLANT WAS INDICTED IN CAUSE NO. 048428, ON A SINGLE CHARGE OF AGG. SEXUAL ASSAULT CHILD, STATUTE 22.021 (a)(2)(B), AND INDECENCY W/CHILD SEXUAL CONTACT, STATUTE 21.11 (a)(1) IN CAUSE NO. 048429. ON 1/17/2002. ON 5/16/07 APPELLANT WAS FOUND GUILTY BY JURY TRIAL IN BOTH CAUSES (ABOVE). ON 5/17/07, APPELLANT WAS SENTENCED TO 70 YRS TDCJ IN CAUSE NO. 048428 AND 20 YRS TDCJ IN CAUSE NO. 048429. IN THE 59TH JUDICIAL DISTRICT GRAYSON COUNTY, TEXAS. MOTION FOR NEW TRIAL WAS FILED ON 5/30/07, A SUPPLEMENTAL MOTION FOR NEW TRIAL WAS FILED ON 6/15/07.

ON 6/13/08 THE (5TH DIST) COURT OF APPEALS AFFIRMED THE CONVICTION. A PETITION FOR DISCRETIONARY REVIEW WAS FILED ON 7/14/08. THE MANDATE WAS HANDED DOWN FROM THE (5TH) COURT OF APPEALS ON 2/5/09. AN APPLICATION FOR WRIT OF HABEAS CORPUS, SEEKING RELIEF FROM FINAL FELONY CONVICTIONS WAS FILED 7/31/09. A SUPPLEMENTAL WRIT OF HABEAS CORPUS SEEKING JUDICIAL OFFICER: NALL, RAYBURN. 59TH JUDICIAL DISTRICT GRAYSON COUNTY, TEXAS.

RELATOR SEEKS A WRIT OF HABEAS CORPUS RELATOR IS BEING DEPRIVED OF HIS LIBERTY AND SHOWS THE FOLLOWING:

ON 8-3-2009 APPELLANTS ATTORNEY: CARL N. WHITE P.O. BOX 1275 DENISON, TX. 75021-1275 DENISON, TX. 75021-1275. PHONE: 903-624-9220, FAX: 903-463-4012 STATE BAR NO. 24026524. FILED IN CAUSE NO'S 48428, NO. 48429 AN APPLICATION FOR WRIT OF HABEAS CORPUS, PURSUANT TO TEX. CODE CRIM. P. ART 11.07 "SUPPLEMENTAL FILING". STAMPED FILED 8-3-2009 P.M. 3:47 BY GRAYSON COUNTY DISTRICT CLERK. IN THE WRIT AT PG TWO. COUNSEL "AT 18" STATED APPLICANT IS BEING UNLAWFULLY CONFINED FOR THE FOLLOWING REASONS: "SEE APPENDIX"

A. DEFENDANT WAS DENIED HIS CONSTITUTIONAL RIGHTS TO PRESENT A DEFENSE IN THIS MATTER

b. APPLICANT WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL

C. APPLICANT RECEIVED AN UNJUST AND INCORRECT SENTENCE

d. THERE WAS INSUFFICIENT EVIDENCE TO SUPPORT A JUDGMENT OF CONVICTION AGAINST APPLICANT FOR FELONY AGGRAVATED SEXUAL ASSAULT OF CHILD AND INDECENCY WITH CHILD BY CONTACT.

THE CERTIFICATE OF SERVICE INDECATES THAT ON 7-31-09 A COPY WAS SERVED UPON THE DISTRICT ATTORNEY. WRIT AT 4" SEE APPENDIX. IN THIS WRIT IT WAS ALLEGED THAT APPELLANTS WIFE "WAS THREATENED BY ASSISTANT DISTRICT ATTORNEY, JODIE BROWN". COUNSEL ATTACHED A SWORN NOTARIZED AFFIDAVIT, "UNDER OATH" THAT HE BELIEVES THIS IS TRUE. WRIT AT 5". THERE IS AN SWORN AFFIDAVIT BY APPELLANTS WIFE STEPHANIE MASK, ATTACHED TO THE WRIT TITLED "EXHIBIT 1" THIS IS IN SUPPORT OF THE WRIT. THERE ARE ALLEGATIONS IN THIS WRIT THAT IF, WERE TRUE. WOULD ENTITLE APPELLANT TO RELIEF. THE APPELLANT IS SERVING A TO YR. & 20 YR SENTENCE AS A RESULT OF A UNFAIR TRIAL, HE IS LOCATED AT GEORGE BETO UNIT 1391 FM 3328 TENNESSEE COLONY TX 75880. AND FOR THE ABOVE REASONS BEING DEPRIVED OF LIBERTY.

## STATEMENT OF JURISDICTION

TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 IS THE EXCLUSIVE PROCEDURE AVAILABLE TO AN APPLICANT SEEKING RELIEF FROM A FELONY JUDGMENT IMPOSING A PENALTY OTHER THAN DEATH. SEE TEX. CODE CRIM. PROC. ANN ART. 11.07 §§ 1, 5 (WEST SUPP. 2014). MOREOVER, THE COURT OF CRIMINAL APPEALS HAS RECENTLY CLARIFIED THAT BECAUSE IT HAS EXCLUSIVE ART 11.07 JURIS-DICTION. IT HAS JURISDICTION TO REACH THE MERITS OF RELATORS COMPLAINT. SEE PADIEU V COURT OF APPEALS OF TEX, FIFTH DIST. 392 S.W. 3D 115, 117-18 (TEX. CRIM. APP. 2013).

## ISSUES PRESENTED

(1).
THE TRIAL COURT FAILED TO COMPLY WITH THE TIME LIMITATIONS ENUNCIATED IN ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE. ANN. ART. 11.07 §3(d) (WEST 2014). IN ADDITION FAILED TO COMPLY WITH THE PROCEDURE OF DESIGNATING ISSUES, FINDINGS OF FACTS AND CONCLUSIONS OF LAW; AND THE TRANSMISSION OF THE WRIT TO THE COURT OF CRIMINAL APPEALS.

2

## STATEMENT OF FACTS

THE 59TH DISTRICT COURT, GRAYSON COUNTY, TEXAS, WAS SERVED WITH APPELLANTS WRIT OF HABEAS CORPUS PURSUANT TO TEX. CODE CRIM. PROC. ART. 11.07. (SEE APPENDIX) ON 8-3-2009 (SUPPLEMENTAL FILING) THE ORIGINAL WAS FILED 7-31-2009. AS OF THIS DAY 10-4-15 THE TRIAL COURT HAS YET TO COMPLY WITH TEX. CODE. CRIM PROC. ART 11.07 §(3) d THE SAID COURT HAS FAILED TO CONCLUDE THAT CONTROVERTED, PREVIOUSLY UNRESOLVED FACTS WHICH ARE MATERIAL TO THE LEGALITY OF APPLICANT'S CONFINEMENT EXIST AND NEED TO BE RESOLVED AND SUSPEND THE TIME LIMITATIONS ENUNCIATED IN ART 11.07 §3(d). THE TRIAL COURT FAILED TO FILE A FINDINGS OF FACTS AND CONCLUSIONS OF LAW AND FORWARD THE APPLICATION TO THE TEXAS COURT OF CRIMINAL APPEALS. APPELLANT NOTES: THERE IS A CLAIM OF INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL, THE COURT DID NOT MAKE ANY ORDERS FOR COUNSEL TO RESPOND TO APPLICANTS CLAIMS. IN A CASE WHERE A JUDGE REFUSES TO ISSUE THE REQUESTED WRIT OF HABEAS CORPUS OR DENIES AN APPLICANT THE REQUESTED HEARING ON THE MERITS OF HIS CLAIM, AN APPLICANT'S REMEDIES ARE LIMITED, SOME REMEDIES AVAILABLE TO AN APPLICANT IN THAT SITUATION ARE TO PRESENT THE APPLICATION TO ANOTHER DISTRICT JUDGE HAVING JURISDICTION. EX PARTE JOHNSON, 561 S.W. 2D 841 AT 842 (TEX. CRIM. APP 1978) OR UNDER PROPER CIRCUMSTANCES, TO PURSUE A WRIT OF MANDAMUS. WHEREFORE APPELLANT URGES THE COURT THE ABOVE CALLS FOR A WRIT OF MANDAMUS.

## PRAYER

WHEREFORE PREMISES CONSIDERED APPELLANT PRAY'S THIS COURT GRANT THIS FOREGOING WRIT OF MANDAMUS.

3

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY WAS SERVED UPON THE DISTRICT CLERK OF GRAYSON COUNTY AS THE 59TH JUDICIAL DISTRICT JUDGE AS THE PARTY OF INTEREST. ON THIS ____ DAY OF 2015 BY MAILING IT TO HIM.

CC: CORRESPONSE TX. COURT CRIMINAL APPEALS AUSTIN.

_Billy Don Mask_

10-7-15          BILLY DON MASK

DATE

4

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 59TH JUDICIAL DISTRICT |
| | § | |
| BILLY DON MASK | § | GRAYSON COUNTY, TEXAS |

## APPLICATION FOR WRIT OF HABEAS CORPUS SEEKING RELIEF FROM FINAL FELONY CONVICTION UNDER TEX. CODE CRIM. P. ART. 11.07 SUPPLEMENTAL FILING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Billy Don Mask, Applicant herein, and files supplement Affidavit of his wife Stephanie Mask. Please include this Affidavit to the original Application filed on July 31, as Exhibit 1.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that the Court include this supplemental document to the original filings of July 31, 2009 and include in file. Respectfully submitted,

By: _Carl N. White_
Carl N. White
P.O. Box 1275
Denison, Tx. 75021-1275
Phone: 903-624-9220
Fax: 903-463-4012
State Bar No. 24026524
Attorney for Applicant

FILED FOR RECORD
2009 AUG -3 PM 3: 47
TRACY DOTERS
DISTRICT CLERK
GRAYSON COUNTY, TX
BY _Adam_

## CERTIFICATE OF SERVICE

This is to certify that on ___8-3___, 2009, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Grayson County, Texas by hand delivery.

_Carl N. White_
Carl N. White

6. The judge assessed punishment pursuant to a jury trial conviction.

7. Applicant was convicted of the offense of Indecency With a Child by contact in cause no. 48429 and Aggravated Sexual Assault of a Child in cause no. 48428.

8. Applicant was found guilty of the offense by jury.

9. Jury trial was held.

10. Applicant did testify at the guilt-innocence phase of the jury trial.

11. Applicant did testify at the punishment phase of the jury trial.

12. Applicant did appeal the judgment of conviction.

13. District Court decision upheld at appellate level.

14. No previous application for writ of habeas corpus has been filed in this matter.

15. Applicant has filed no prior applications for writ of habeas corpus.

16. No petition or appeal attacking the judgment of conviction is pending in any court, state or federal.

17. Applicant is not presenting a claim for time credit.

18. Applicant is being unlawfully confined for the following reasons:

   a. Defendant was denied his constitutional rights to present a defense in this matter

   b. Applicant was denied effective assistance of counsel.

   c. Applicant received an unjust and incorrect sentence.

   d. There was insufficient evidence to support a judgment of conviction against Applicant for felony Aggravated Sexual Assault of Child and Indecency With Child by contact.

19. A brief summary of the facts supporting Applicant's grounds for relief are as follows:

Defendant's wife Stephanie Mask was threatened by Assistant District Attorney, Jodie Brown that if she testified on behalf of her husband, Billy Don Mask she would be prosecuted for Felony Child Endangerment (see Affidavit of Stephanie Mask attached as Exhibit 1 and incorporated by reference). Stephanie Mask at all times was willing and desired to testify on her husband's behalf. Stephanie Mask had information and evidence of defendant's innocence, as she was the person that the alleged victim Jenny Clark recanted her story to, informing Stephanie Mask that the alleged sexual abuse did not occur. Defendant, Billy Don Mask informed his attorney Jim Dunn that he wanted his wife to testify for him during the guilt-innocence portion of the trial but was told by Jim Dunn that she should not be called as a witness for his defense. The United States Constitution guarantees a defendant the right to call witnesses in their defense. The intimidation by ADA Jodie Brown and the ineffective representation by Jim Dunn deprived Billy Don Mask of his right to a fair trial. Thereby, violating the guaranteed rights provided by the United States Constitution.

Although retained, attorney Jim Dunn did not effectively represent the interest of Billy Don Mask. Jim Dunn refused at the insistence of Billy Don Mask to call Stephanie Mask, the wife of Billy Don Mask to testify on his behalf, depriving both Billy Don Mask and the jury of vital testimony and evidence concerning the recantation of Jenny Clark's initial statements of sexual abuse. This testimony would have provided essential evidence of defendant's innocence.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that the Court grant and issue a Writ of Habeas Corpus to the Sheriff of Grayson County, Texas, directing and commanding production of Applicant before this court instanter, or at such time and place to be designated by this Court, then and there to show cause, if any there be, why Applicant should not

be discharged from such illegal restraint. Applicant further requests this Court, after receiving evidence, to grant Applicant any relief to which he may be entitled.

Respectfully submitted,

By: _Carl N. White_

Carl N. White
P.O. Box 1275
Denison, Tx. 75021-1275
Phone: 903-624-9220
Fax: 903-463-4012
State Bar No. 24026524
Attorney for Applicant

## CERTIFICATE OF SERVICE

This is to certify that on JULY 31, 2009, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Grayson County, Texas by hand delivery.

_Carl N. White_

Carl N. White

# AFFIDAVIT

**THE STATE OF TEXAS**                              §
                                                    §
**COUNTY OF GRAYSON**                               §

     **BEFORE ME,** the undersigned authority, on this day personally appeared Carl N. White,

who being by me duly sworn, upon oath deposes and says,

     "I am Carl N. White, the attorney for Defendant in this cause; I have read the

above and after extensive investigation it is my belief that it is true and correct."

_____
Affiant

     **SUBSCRIBED AND SWORN TO BEFORE ME** on ___July 31___, 2009,
to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

PATRICIA LEE TROTT
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-14-2011

Application for Writ of Habeas Corpus.rtf                    5

## ORDER OF SETTING

On _____, 200__, came on to be heard the Application of _____ for a Writ of Habeas Corpus, and it appearing to the Court that said _____ is entitled to a hearing on said Application, it is **THEREFORE ORDERED** that the Clerk of this Court issue a Writ of Habeas Corpus directed to the Sheriff of Grayson County, Texas, and commanding the Sheriff of Grayson County to have and produce the person of Billy Don Mask before me in the courtroom of the 59th District Court, on _____, 200_, at ____ o'clock, then and there to show cause why the said Billy don Mask should not be released from custody.

Signed on _____.


_____
JUDGE PRESIDING

CAUSE NO. 48428
CAUSE NO. 48429

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 59TH JUDICIAL DISTRICT |
| | § | |
| BILLY DON MASK | § | GRAYSON COUNTY, TEXAS |

## WRIT OF HABEAS CORPUS

TO THE SHERIFF OF GRAYSON COUNTY, TEXAS:

**GREETINGS:**

YOU ARE HEREBY COMMANDED to produce before me at the Grayson County Courthouse, 59th District Court in the County of Grayson, State of Texas on the _____ day of _____, 20___, at _____ o'clock ____M., the person of Billy Don Mask, whom it is alleged you illegally restrain of his liberty, when and where you will show why you hold the said Billy don Mask, in custody, or restrain him of his liberty.

HEREIN FAIL NOT, and return make hereof.

Signed on _____.

_____
JUDGE PRESIDING

Application for Writ of Habeas Corpus.rtf                    8

*AFFADAVIT*

*STATE OF TEXAS*                            ][
*COUNTY OF DALLAS*                    ][         )


Presented before me this day and swearing that she is Stephanie Ann Mask, that she is over the age of 21 years and that she is competent to make the following statement:

"I Stephanie Ann Mask am now and have been married to Billy Don Mask for the past 13 years. During the jury trial of Billy Don Mask in Grayson County, Texas I was prohibited from testifying on my husband's behalf. Assistant District Attorney Jodie Brown verbally threatened me with criminal prosecution if I testified on behalf of my husband. I was also discouraged from testifying by Jim Dunn my husband's attorney, even though Billy Don wanted me to testify for him. Not only did Mr. Dunn discourage me and my husband about me testifying, he refused to call me as a witness in my husband's defense even though my husband insisted. Although I had pertinent information concerning my daughter's recantation of the alleged incident that led to the criminal charges. I also had personal knowledge that the testimony that my daughter gave during the trial was both incorrect and incomplete. I was denied the opportunity to testify even at the insistence of Billy Don Mask. It is my belief that my husband's constitutional rights have been violated by the State of Texas, the District Attorney's Office of Grayson County, Texas and Attorney Jim Dunn.


Signed on __June 3__, 2009            _____Stephanie Mask_____
                                                          Affiant

SUBSCRIBED AND SWORN TO before me on this the _3rd_ day of June, 2009.

                    _____
                    NOTARY PUBLIC IN AND FOR THE
                    STATE OF TEXAS


My commission expires __08/27/09__ .

SUSANA P. REYNA
MY COMMISSION EXPIRES
August 27, 2009


EXHIBIT #1